# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5764 MRW | Date | September 29, 2016 |
|---|---|---|---|
| Title | Evelyn M. Mcleod v. National Credit Control Agency | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      (IN CHAMBERS) ORDER RE: NOTICE OF DISMISSAL

Plaintiff filed a notice of voluntary dismissal in this case. (Docket # 10.) This action is dismissed in its entirety.